UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; et al.,<br><br>Plaintiffs,<br>Vs.<br><br>DOES 1-20, unknown parties doing business as “RBK”; et al.,<br><br>Defendants. | NO. 2:26-cv-1276-LK<br><br>DECLARATION OF ATTEMPTED SERVICE OF: SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF; CIVIL COVER SHEET; REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK. |

STATE OF CALIFORNIA )
)
COUNTY OF SAN DIEGO )

That I am now, and at all times herein mentioned, was a citizen of the United States and a resident of the State of California, over the age of 18 years, not a party to or interested in the above entitled action, and am competent to be a witness therein.

I, Kristoffer De Koning, received the above-described documents in the above-described action on April 17th, 2026, and attempted to serve a true and correct copy upon Michael Bauschelt at 9100 Single Oak Drive, SPC 67, Lakeside, California, with the following results:

At 5:31 P.M. on April 17th, 2026, the residence was being remodeled and a “For Sale” realty sign was posted in the front yard. I spoke to a neighbor who stated that the previous resident had just been moved into a senior living facility.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Service Fees:
Travel:
SSA:
Bad Address:
Aff./Notary Fee:
Special Fee:
Wait:

TOTAL $ (see invoice)

Signed at San Diego, CA, on 7/14/26

KRISTOFFER DE KONING, SD #3721